UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANTHONY HARP #372187,

    Plaintiff,

v

VICTORIA HALLETT, DENNIS LASHLEY, DONALD DRUM, CARL LADD, and TRANSPORTATION OFFICERS,

    Defendants.

NO. 5:19-cv-13789

HON. JUDITH E. LEVY

MAG. PATRICIA T. MORRIS

_____

| | |
|---|---|
| Anthony Harp #372187<br>*In Pro Per*<br>G. Robert Cotton Correctional Facility<br>3500 N. Elm Road<br>Jackson, MI  49201 | LeAnne Dao (P79247)<br>Assistant Attorney General<br>Michigan Dept of Attorney General<br>Attorney for Defendant<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055<br>DaoL1@michigan.gov |
| Ronald W. Chapman II (P73179)<br>Jeffrey Bomber (P85407)<br>Chapman Law Group<br>Attorneys for Defendant Hallett<br>1441 W. Long Lake Rd., Ste. 310<br>Troy, MI  48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com | |

_____/

## SUBSTITUTION OF COUNSEL

    TO: CLERK OF THE COURT

PLEASE TAKE NOTICE that LeAnne Dao (P79247), Assistant Attorney General for the State of Michigan, has been substituted in place and stead of attorney Joseph Ho (P77390), as Attorney of Record for MDOC Defendants Dennis Lashley, Donald Drum, and Carl Ladd in the above-captioned case. I also request a withdrawal of Joseph Ho (P77390) from this case.

        Respectfully submitted,

        */s/LeAnne Dao*
        LeAnne Dao (P79247)
        Assistant Attorney General
        Attorney for MDOC Defendant
        Michigan Dept of Attorney General
        MDOC Division
        P.O. Box 30217
        Lansing, MI 48909
        (517) 335-3055
        daol1@michigan.gov

Dated: March 22, 2022

## CONSENT TO SUBSTITUTION OF ATTORNEY

TO: CLERK OF THE COURT

I hereby consent that LeAnne Dao (P79247), Assistant Attorney General for the State of Michigan, be substituted in my place and stead for MDOC Defendants Dennis Lashley, Donald Drum, and Carl Ladd in the above cause of action.

Respectfully submitted,

*/s/ Joseph Ho*
Joseph Ho (P77390)
Assistant Attorney General
Michigan Dept of Attorney General
Attorney for MDOC Defendants
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
hoj@michigan.gov

Date: March 22, 2022

## ORDER PERMITTING SUBSTITUTION OF ATTORNEYS

In accordance with the foregoing written substitution of attorneys;

IT IS HEREBY ORDERED that LeAnne Dao (P79247), Assistant Attorney General for the State of Michigan, is hereby substituted as counsel representing MDOC Defendants Dennis Lashley, Donald Drum, and Carl Ladd in the above cause of action. Further, Joseph Ho (P77390), is withdrawn from this case.

Dated: MARCH 28, 2022

S/ PATRICIA T. MORRIS
Honorable Patricia T. Morris
United States Magistrate Judge